STATE OF NEW JERSEY v. ROBERT J. PARRISH.

July 6, 1983.

Petition for certification denied.

STATE OF NEW JERSEY v. FRANCIS E. HARRISON.

July 6, 1983.

Petition for certification denied.

STATE OF NEW JERSEY v. CHRISTOPHER YOUNG.

July 6, 1983.

Petition for certification denied.

STATE OF NEW JERSEY v. LEONARD SCALER.

July 6, 1983.

Petition for certification denied.

PAUL SEDLAK v. TOMS RIVER CHEMICAL.

July 6, 1983.

Petition for certification denied.